RECEIVED

NOV 2 ~ 2011

TONY R. M\_\_\_\_ CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **FREDDIE CANN** | **CIVIL ACTION NO. 09-2130-P** |
| **VERSUS** | **JUDGE WALTER** |
| **LOUISIANA PAROLE BOARD** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of <u>habeas corpus</u> is **DENIED** and that this action is **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 29 day of November 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE