RECEIVED
NOV 2 - 2011
TONY R. M... CLERK
BY _____
    DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **FREDDIE CANN** | **CIVIL ACTION NO. 09-2130-P** |
| **VERSUS** | **JUDGE WALTER** |
| **LOUISIANA PAROLE BOARD** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DENIED** and that this action is **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 29 day of November 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE